

4 February 2008

Richard W. Wieking, **CLERK**
United States District Court
**Office of the Clerk**
450 Golden Gate Ave.
San Francisco, CA 94102

Re:    Case CV 07-6483

Dear Clerk;

On January 22, 2008 the $350.00 fee was paid on the above referenced case. May I now send the Complaint copies to be served with the Summons? Thank you for your kind attention herein.

Most sincerely,

Astarte Davis-Rice
01137-094 Unit A
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

Astarte Davis-Rice
01137-094 Unit A
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

LEGAL MAIL

OAKLAND CA 945

04 FEB 2008 PM 8 L

Richard W. Wieking, **CLERK**
United States District Court
**Office of the Clerk**
450 Golden Gate Ave
San Francisco, CA 94102

