Astarte Davis-Rice
01137-094 Unit A
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568

ORIGINAL FILED

FEB 22 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

Astarte Davis-Rice,            Case No. 07-6483

    Plaintiff,

v.                             **CHANGE OF ADDRESS NOTIFICATION**

United States,

    Defendent.

_____/

    Pursuant to the Court Rules, it is my obligation to notify the Clerk of Court and all other parties of my change of address within ten (10) days of any such change.

    Thus, the Clerk of Court and all other parties are hereby notified that my address should be changed as shown below:

Respectfully submitted this _____20th_____ day February _____, 2008.

_____
Astarte Davis-Rice
01137-094

Residential Reentry Center
111 Taylor Street
San Francisco, CA 94102

cc: All parties

