IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASTARTE DAVIS-RICE,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.
        _____/

No. CV-07-6483 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice. If plaintiff can provide the Court proof that she paid the filing fee (for example, by providing a Clerk's office receipt or a cancelled check), she may move to reopen the action.

Dated: April 16, 2008                                       Richard W. Wieking, Clerk

                                                                                        By: Tracy Lucero
                                                                                          Deputy Clerk